

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2022

No. 04-22-00677-CV

Mark Edwin **ALLEN**,
Appellant

v.

Cherelle M. **ALLEN**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-16615
Honorable Cynthia Marie Chapa, Judge Presiding

## O R D E R

On December 21, 2022, appellant filed an opposed second motion requesting an extension of time to file appellant's brief. Appellant's motion is GRANTED. Appellant's brief is due **no later than February 17, 2023**. *Further requests for an extension of time will be disfavored.*

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court